# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARIA TERESA VINDIOLA,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 17-cv-03701-BLF<br><br>**ORDER LIFTING STAY AND DIRECTING CLERK TO SET A CASE MANAGEMENT CONFERENCE** |

On September 13, 2017, this Court stayed this action pending completion of contractual arbitration. ECF 11. On September 11, 2018, the parties filed a joint status report notifying the Court that the arbitration was completed and the stay can be lifted. Accordingly, the stay in this action is LIFTED. The Clerk of the Court is directed to set a case management conference in this action.

**IT IS SO ORDERED.**

Dated: September 11, 2018

_____
BETH LABSON FREEMAN
United States District Judge